writ of certiorari to the Supreme Court of New York denied. *Mr. Wm. Dwight Whitney* for petitioner. *Mr. Warner Pyne* for respondent.

No. 325. KIEFERDORF *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. G. D. Schilling* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Walter J. Cummings, Jr., Miss Helen R. Carloss,* and *Mrs. Maryhelen Wigle* for respondent.

No. 329. BURDON, ADMINISTRATRIX, *v.* WOOD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles W. LaFollette* for petitioner. *Mr. Floyd E. Thompson* for respondent.

No. 330. ILLINOIS EX REL. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. John D. Goodloe* for Reconstruction Finance Corporation, and *Mr. Floyd E. Thompson* for Hutchinson et al., petitioners. *Messrs. Richard S. Folsom, Frank S. Righeimer,* and *Frank R. Schneberger* for respondents.

No. 331. LEWIS *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. October 9, 1944. Petition for writ of